```
          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF OHIO
               WESTERN DIVISION
```

LYNETTE ANTROBUS,

    Plaintiff

    v.                          C-1-09-170

APPLE COMPUTER, INC., et al,

    Defendant

## ORDER OF DISMISSAL

    The Court has been advised by counsel for the parties that the above action has been settled as to all claims;

    **IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

                                                 s/Herman J. Weber

                                                 Herman J. Weber, Senior Judge

                                                 United States District Court